# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DILLEY MOTOR INN, RESIDENCE PROPERTY CO., §§§§<br>   *Plaintiff* §<br>§<br>v. §<br>§<br>AMERICAN PROPERTY INSURANCE §<br>COMPANY, §<br>   *Defendant* § | CIVIL NO: 5:23-cv-01117 |

## NOTICE OF REMOVAL

Notice is hereby given that, pursuant to 28 U.S.C. §1446, Defendant AMERICAN PROPERTY INSURANCE COMPANY removes this action from the 81ST/218TH Judicial District Court Frio County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, as follows:

### I. STATE COURT ACTION

1. On August 8, 2023, Plaintiff DILLEY MOTOR INN, RESIDENCE PROPERTY CO. ("Plaintiff") filed *Plaintiff's Original Petition* (the "Petition") in the 81st / 218th Judicial District Court of Frio County, Texas. The action is styled: *DILLEY MOTOR INN, RESIDENCE PROPERTY CO. v. AMERICAN PROPERTY INSURANCE COMPANY*, Cause No. 23-08-00212CVF (the "State Court Case" or "Lawsuit").

2. AMERICAN PROPERTY INSURANCE COMPANY ("APIC") files this removal of the instant matter based on diversity jurisdiction pursuant to 28 U.S.C. §1332 *et. seq.*

3. The state court file shows the Complaint was filed on August 8, 2023. Plaintiff served APIC on or about August 14, 2023. APIC includes a copy of the Service of Process Transmittal Summary, Certified Mail envelope, Citation, and Plaintiff's Original Petition as "Exhibit B." This is the complete set of "all process, pleadings [or] orders" served upon APIC and attached hereto pursuant to 28 U.S.C. §1446(a).

## II. BASIS FOR REMOVAL: DIVERSITY

4. Plaintiff is a legal entity that owns property in Frio County, Texas.

5. APIC is a New Jersey corporation, with its principal place of business in the State of New Jersey. APIC is, therefore, a citizen of the state of New Jersey for purposes of diversity jurisdiction.

6. Accordingly, there is complete diversity of citizenship between the parties. Further, each party is the real-party-in-interest.

7. This matter involves an amount in controversy in excess of $75,000, exclusive of fees, interest and costs. The Complaint generally pleads damages; however, economic damages that will be sought in this matter is a sum previously stated by the Plaintiff to be in excess of $1,112,959.32. Plaintiff alleges damages under a commercial policy of insurance relating to commercial real estate located at 807 W Highway 117, Dilley, Texas 78017 ("Property"), owned by Plaintiff. APIC insured the Property under insurance policy number CPP-24919-G22-AG3.

8. Accordingly, undersigned counsel, subject to Rule 11 of the Federal Rules of Civil Procedure, unequivocally makes the good faith representation as permitted by 28 U.S.C. §1446(c) that the damages alleged in this case exceed $75,000 exclusive of interest, fees and costs.

9. Accordingly, APIC satisfies all the requirements of 28 U.S.C. §1332 diversity-based subject matter jurisdiction; and APIC satisfies all of the removal requirements of 28 U.S.C. §1441(b) and §1446.

10. Following the filing of this Notice with this Court, written notice of the filing of same will be provided to the attorney for Plaintiff as required by 28 U.S.C. §1446(d).

11. A true and accurate copy of the same will be filed with the Clerk of Court of the 81st / 218th Judicial District Court in and for Frio County, Texas, as required by 28 U.S.C. §1446(d).

## III. PROCEDURAL REQUIREMENTS

6. This action is properly removed to this Court because the Lawsuit is pending within this district and division. 28 U.S.C. §§ 124(d)(4), 1441(a), 1446(a).

7. Under 28 U.S.C. § 1446(b), this Notice of Removal is timely; APIC files this Notice of Removal within thirty (30) days of service upon APIC in the State Court Action.

8. Pursuant to 28 U.S.C. § 1446(a), this Notice is accompanied by the following:

   **Exhibit A:** List of Parties, Status of Removed Case, and Status of Jury Trial Demand

   **Exhibit B:** A complete copy of all papers served upon APIC in the State Court file; and

   **Exhibit C:** List of all Counsel of Record.

9. As APIC files this Notice of Removal, APIC serves Plaintiff with both a copy of the Notice and filing a copy in the 81st / 218th Judicial District Court of Frio County, Texas. 28 U.S.C. § 1446(d).

## IV. CONCLUSION

WHEREFORE, APIC removes this action from the 81st / 218th Judicial District Court of Frio County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, so that this Court may assume jurisdiction over the cause as provided by law. The amount in controversy exceeds $75,000.00, exclusive of interest, fees and costs. Complete diversity exists as among and between the parties hereto. This removal is timely. Accordingly, APIC respectfully requests that this Court accept subject matter jurisdiction over this litigation and proceed with it to its conclusion. With this Notice of Removal, APIC removes the State Court Action to this Court on the basis of diversity of jurisdiction.

| | |
|---|---|
| Date: September 5, 2023 | Respectfully submitted,<br>**MCGIVNEY KLUGER CLARK & INTOCCIA, P.C.**<br>Counsel for Defendant AMERICAN PROPERTY INSURANCE COMPANY<br>*/s/ Michael J. Snizek, Esq.*<br>**Michael J. Snizek, Esq.**<br>State Bar No.: 24117399<br>6136 Frisco Square Blvd, Suite 400<br>Frisco, Texas, 75034<br>Phone: 212-509-3456<br>Fax: 212-509-4420<br>Primary Email: msnizek@mkcilaw.us.com<br>Alternate Email: fojeda@mkiclaw.us.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this filing was furnished this 5th day of September 2023, via electronic transmission to all parties registered to receive electronic filing (cm/ecf).

By:/s/ *Michael J. Snizek*
MICHAEL J. SNIZEK
Fla. Bar No. 24117399

## SERVICE LIST

**LAWRENCE LAW FIRM**
LARRY W. LAWRENCE, JR.
State Bar No. 00794145
MICHAEL LAWRENCE
State Bar. No. 24055826
Lawrencefirm@gmail.com
CELESTE GUERRA
State Bar No.: 00795395
Celesteguerra1aw2017@gmail.com
LORY PAWLAK
State Bar No. 24076706
Lory.lawrencefirm@gmail.com
3112 Windsor Rd., Suite A234
Austin, Texas 78703
(956) 994-0057
(800) 507-4152 FAX
*ATTORNEYS FOR PLAINTIFF*

{N1352421-1}